1 BENJAMIN B. WAGNER
United States Attorney
2 JILL M. THOMAS
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone:  (916) 554-2700

5 Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:13-CR-00177-KJM

12              Plaintiff,

13         v.                            PRELIMINARY ORDER OF
                                         FORFEITURE
14 JOSHUA AVILA, aka "Scarface,"

15              Defendant.

16

17

18         Based upon the entry of plea and the stipulation and application for preliminary

19 order of forfeiture entered into between plaintiff United States of America and

20 defendant Joshua Avila, it is hereby ORDERED, ADJUDGED AND DECREED as

21 follows:

22         1.    Pursuant to 21 U.S.C. § 853(a), plaintiff hereby applies for entry of a

23 Preliminary Order of Forfeiture as to the following property:

24              a)    Approximately $34,315.00 in U.S. Currency.

25         2.    The above-listed property constitutes property used, or intended to be

26 used, in any manner or part, to commit, or to facilitate the commission of a violation of

27 21 U.S.C. § 846 and 841(a)(1), or constitutes or are derived from proceeds obtained,

28 directly or indirectly, as a result of the said violations.

                                   1

                                                    Preliminary Order of Forfeiture

3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U. S. Secret Service, in its secure custody and control.

4.      a.  Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 8th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

2

Preliminary Order of Forfeiture